IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY DWIGHT ESCO, <br> AIS #243253, <br><br> Plaintiff, <br><br> v. <br><br> DR. CORBIER, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:08-CV-764-TMH <br> ) [WO] <br> ) <br> ) <br> ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Billy Dwight Esco ["Esco"], an indigent state inmate, initiated this 42 U.S.C. § 1983 complaint challenging the medical and dental treatment provided to him during his incarceration in the state prison system. The order of procedure entered in this case specifically directed Esco to immediately inform the court of any change in his address. *Order of September 22, 2008 - Court Document No. 4* at 6.

On May 28, 2010, this court entered an order in a separate case filed by Esco, *Esco v. Steel*, Case No. 2:08-CV-763-TMH-CSC (M.D. Ala.), a copy of which the Clerk mailed to Esco. The postal service returned this order because Esco no longer resided at the address he had provided to the court. In light of the foregoing, the court entered an order requiring that on or before June 17, 2010 Esco inform the court of his present address. *Order of June 7, 2010 - Court Doc. No. 38*. This order specifically cautioned Esco that his failure to comply with its directives would result in a recommendation that this case be dismissed. *Id*. The court has received no response from Esco to the aforementioned order. As is clear from the foregoing, Esco has failed to comply with the directives of the orders entered by this court and this case cannot properly proceed in his absence. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action.

It is further

ORDERED that on or before July 22, 2010 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 8th day of July, 2010.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE