IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BILLY DWIGHT ESCO, AIS #243253,       )
                                      )
            Plaintiff,                )
                                      )
v.                                    )     CIVIL ACTION NO.  2:08cv764-TMH
                                      )                 (WO)
DR. CORBIER, *et al.*,                )
                                      )
            Defendants.               )

**OPINION and ORDER**

On July 8, 2010, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 39).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice

for the plaintiff's failure to prosecute this action.

Done this the 20th day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE